AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Western District of Michigan

| | |
|---|---|
| United States of America<br>v.<br><br>ERIC TERRELL<br>*Defendant(s)* | ) ) ) ) ) ) ) )  Case No.  1:25-MJ-129 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __December 2024__ in the county of __Kent__ in the __Western__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2251(a) | Attempted sexual exploitation of a child |

This criminal complaint is based on these facts:

See attached continuation.

☑ Continued on the attached sheet.

The Court processed the complaint remotely. The Court verified the Affiant's identity (by AUSA confirmation and through Affiant self-identification). Affiant attested to the affidavit and complaint via telephone, which the AUSA transmitted by remote electronic means (e-mail). The Court signed the original complaint and transmitted a correct copy of same to the Applicant, via the AUSA, by remote electronic means (e-mail). The process complied with Rules 3 and 4.1.

*Complainant's signature*

FBI SA Aaron Eastham
*Printed name and title*

Date: 3/5/2025

*Judge's signature*

City and state:  Grand Rapids, Michigan

Ray Kent, U.S. Magistrate Judge
*Printed name and title*